UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KINGVISION PAY-PER-VIEW CORP., LTD.** )<br>)<br>    **Plaintiff,** )<br>v. )<br>) **Civil Action No. 02-4820**<br>**2125 CHECKER CLUB, INC.** )<br>**d/b/a NEW CHECKER CLUB** )<br>**and Lorraine Taylor** )<br>**2125 Ridge Avenue** )<br>**Philadelphia, PA 19121** )<br>)<br>    **Defendants.** ) | |

### REQUEST FOR ENTRY OF DEFAULT

Plaintiff, Kingvision Pay-Per-View, Corp., Ltd., by its attorneys, Harper & Paul, pursuant to Fed. R. Civ. P. 55(a), requests this Court to enter the default of Defendants, 2125 Checker Club, Inc. d/b/a New Checker Club and Lorraine Taylor, in this action. In support thereof, Kingvision Pay-Per-View Corp., Ltd. states:

1. The Complaint in this action was filed on July 22, 2002.

2. On August 14, 2002, the Resident Agent for 2125 Checker Club, Inc, d/b/a New Checker Club was personally served with a Summons and Complaint. At the same time, Lorraine Taylor individually, was personally served with a Summons and Complaint. Affidavits of Service of Process establishing service of the Summons and Complaint upon these individuals have been filed in this action.

3. Pursuant to the provisions of Fed. R. Civ. P. 12, Defendants were required to serve an answer or otherwise respond to the Complaint within twenty (20) days after being served with the Summons and Complaint. As such, an answer or responsive

pleading on behalf of Defendants was to be filed in this action on or before September 3, 2002.

4.As of the date of this Request, both Defendants, 2125 Checker Club, Inc. And Lorraine Taylor have failed to file an answer or any other pleadings in response to the Complaint.

5.Fed. R. Civ. P. 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by [the Federal Rules of Civil Procedure] and that fact is made to appear by affidavit or otherwise, the Clerk shall enter the party's default."  Because Defendants have failed to plead or otherwise defend in this action, the Clerk of this Court should enter a default against them.

WHEREFORE, Plaintiff, Kingvision Pay-Per-View, Corp., Ltd., requests that the Clerk enter the default of Defendants, 2125 Checker Club, Inc. d/b/a New Checker Club and Lorraine Taylor, in this action.

Respectfully submitted,


BY:_____
SHARON N . HARVEY, ESQUIRE
Attorneys for Plaintiff
Kingvision Pay-Per-View, Corp., Ltd.
140 West Maplewood Avenue
Philadelphia, PA 19144
Tel: (215) 844-4848
Fax:(215) 844-0464